UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FSC FRANCHISE CO., LLC, et al.,**

    **Plaintiffs**,

v.                                                                    Case No. 8:10-cv-499-T-30EAJ

**BULLGATOR, INC., et al.,**

    **Defendants.**
_____/

## ORDER GRANTING PRELIMINARY INJUNCTION AGAINST DEFENDANTS

On April 7, 2010, the Court considered FSC Franchise Co., LLC's Motion For Preliminary Injunction against Defendants, Bullgator, Inc., Jim Ackerman, and Eric Blaylock (collectively, the "Defendants"). After reviewing the Motion For Preliminary Injunction and otherwise being advised on the premises, the Court finds and orders as follows.

    1.    Plaintiffs' Motion for Preliminary Injunction (Dkt. 2) is **GRANTED**.

    2.    Defendants, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with Defendants, shall not operate the "Game Time," or any other Competitive Business, (i) at the former site of the Beef 'O' Brady's® Family Sports Pub, located at 700 Douthit Ferry Road, Suite 750, Cartersville, Georgia (the "Site") or within a 3-mile radius of the Site (the "Protected Territory"); (ii) within fifteen (15) miles of the Site or Protected Territory; or (iii) within

fifteen (15) miles of any other Beef 'O' Brady's® Family Sports Pub in operation or under construction as of the date of this Permanent Injunction. A "Competitive Business," as defined in the Franchise Agreement, includes any business or facility owning, operating or managing, or granting franchises or licenses to others to do so, any bar, sports pub or food service facility that features menu items and services similar to any of the menu items offered by a Beef 'O' Brady's® Family Sports Pubs, including any restaurant, bar, or catering service that offers chicken wings, beef, hamburgers, chicken, or sandwiches, (other than a Beef 'O' Brady's® Family Sports Pub operated under a franchise agreement with FSC Franchise Co., LLC).

    3.    Defendants, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with Defendants shall not disclose or publish to any party, or copy or use for such party's own benefit or for the benefit of any other party, any of FSC Franchise Co., LLC's Confidential Information. "Confidential Information," as defined in the Franchise Agreement, includes, without limitation:

    (a)    the System and the know-how related to its use;

    (b)    plans, specifications, size and physical characteristics of a Beef 'O' Brady's® Family Sports Pubs;

    (c)    site selection criteria, land use and zoning techniques and criteria;

    (d)    methods in obtaining licensing and meeting regulatory requirements;

    (e)    sources, design and methods of use of equipment, furniture, forms, materials, supplies, Websites, Internet or Intranet,

(f) marketing, advertising and promotional programs for Beef 'O' Brady's® Family Sports Pubs;

(g) staffing and delivery methods and techniques for personal services;

(h) the selection, testing and training of managers and other employees for Beef 'O' Brady's® Family Sports Pubs;

(i) the recruitment, qualification and investigation methods to secure employment for employment candidates;

(j) any computer software made available or recommend for Beef 'O' Brady's® Family Sports Pubs;

(k) methods, techniques, formats, specifications, procedures, information and systems related to and knowledge of and experience in the development, operation, advertising, marketing and franchising of Beef 'O' Brady's® Family Sports Pubs;

(l) knowledge of specifications for and identities of and suppliers of certain products, materials, supplies, furniture, furnishings and equipment;

(m) recipes, formulas, preparation methods and serving techniques;

(n) knowledge of operating results and financial performance of Beef 'O' Brady's® Family Sports Pubs; and

(o) pricing, purchase agreements and contracts.

4. Defendants, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with Defendants, shall not disclose or publish to any party, or copy or use for such party's own benefit or for the benefit

of any other party, any of the information contained in FSC Franchise Co., LLC's Confidential Operations Manual and Marketing Manual.

5. Defendants, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with Defendants, shall not disclose or publish to any party, or use for such party's own benefit or for the benefit of any other party FSC Franchise Co., LLC's trade secrets and confidential business information, including, but not limited to, the System and the know-how related to its use. The "System," as defined in the Franchise Agreement, includes the distinctive business formats, methods, procedures, designs, layouts, signs, equipment, menus, recipes, trade dress, standards and specifications, under which Beef 'O' Brady's® Family Sports Pubs are operated.

6. Within fourteen (14) days of the date of this Order, Defendants shall return to FSC Franchise Co., LLC all copies of FSC Franchise Co., LLC's manuals, marketing materials, forms, and other confidential written materials used in the operation of a Beef 'O' Brady's® Family Sports Pub.

**DONE** and **ORDERED** in Tampa, Florida on April 13, 2010.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2010\10-cv-499.preliminary injunction.wpd