UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FSC FRANCHISE CO, LLC, a Delaware
Limited Liability Company, and BEEF 'O'
BRADY'S MARKETING AND
DEVELOPMENT FUND, INC., a Florida
Corporation,

        Plaintiffs,

Case No. 8:10-cv-499-T-30EAJ

v.

BULLGATOR, INC., a Georgia
Corporation, JIM ACKERMAN, an
individual, and ERIC BLAYLOCK, an
individual,

        Defendants.
_____ /

## FINAL ORDER GRANTING PERMANENT INJUNCTION
## AGAINST ERIC BLAYLOCK

**THIS CAUSE** came before the Court on the parties' Stipulation and Joint Motion

for Entry of Permanent Injunction Against Eric Blaylock, filed on ⟨MAY 11⟩, 2010.

The Court, having reviewed the Motion and otherwise being advised on the premises,

finds and orders as follows.

The Court finds that:

1.    On February 23, 2010, Plaintiffs filed a Verified Complaint And Demand

For Injunctive Relief and Damages (Doc. 1) against three defendants, including Eric

1

PD.3988586.2

Blaylock. In the Verified Complaint And Demand For Injunctive Relief and Damages, Plaintiffs brought claims against the defendants for: (i) Breach of Franchise Agreement for failing to pay past due fees (Count I); (ii) Breach of the Franchise Agreement for wrongful abandonment; (iii) Breach of Franchise Agreement for operating a competitive business (Count III); and (iv) Breach of Franchise for violating confidentiality obligations (Count IV). Also on February 23, 2010, Plaintiffs filed a Motion for Preliminary Injunction and Incorporated Memorandum of Law (Doc. 3) requesting, *inter alia*, that the Court enjoin the defendants from engaging in certain competitive activities in violation of the Franchise Agreement.

2. As set forth in the parties' Stipulation And Joint Motion For Entry Of Permanent Injunction, Plaintiffs and Defendant, Eric Blaylock, have agreed to the entry of this Final Order Granting Permanent Injunction by Consent.

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Eric Blaylock, and his agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with Eric Blaylock., shall not operate the "Game Time," or any other Competitive Business, (i) at the former site of the Beef 'O' Brady's® Family Sports Pub, located at 700 Douthit Ferry Road, Suite 750, Cartersville, Georgia (the "**Site**") or within a 3-mile radius of the Site (the "**Protected Territory**"); (ii) within fifteen (15) miles of the Site or Protected Territory; or (iii) within fifteen (15) miles of any other Beef 'O' Brady's® Family Sports Pub in operation or under construction as of the date of this Permanent Injunction. A "Competitive Business," as defined in the Franchise Agreement, includes any business or

- 2 -

facility owning, operating or managing, or granting franchises or licenses to others to do so, any bar, sports pub or food service facility that features menu items and services similar to any of the menu items offered by a Beef 'O' Brady's® Family Sports Pubs, including any restaurant, bar, or catering service that offers chicken wings, beef, hamburgers, chicken, or sandwiches, (other than a Beef 'O' Brady's® Family Sports Pub operated under a franchise agreement with FSC Franchise Co, LLC).

2.      Eric Blaylock, and his agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with Eric Blaylock, shall not disclose or publish to any party, or copy or use for such party's own benefit or for the benefit of any other party, any of FSC Franchise Co, LLC's Confidential Information.  "Confidential Information," as defined in the Franchise Agreement, includes, without limitation:

> (a)   the System and the know-how related to its use;
>
> (b)   plans, specifications, size and physical characteristics of a Beef 'O' Brady's® Family Sports Pubs;
>
> (c)   site selection criteria, land use and zoning techniques and criteria;
>
> (d)   methods in obtaining licensing and meeting regulatory requirements;
>
> (e)   sources, design and methods of use of equipment, furniture, forms, materials, supplies, Websites, Internet or Intranet, "business to business" or "business to customer" networks or communities and other e-commerce methods of business;
>
> (f)   marketing, advertising and promotional programs for Beef 'O' Brady's® Family Sports Pubs;

PD.3988586.2

(g) staffing and delivery methods and techniques for personal services;

(h) the selection, testing and training of managers and other employees for Beef 'O' Brady's® Family Sports Pubs;

(i) the recruitment, qualification and investigation methods to secure employment for employment candidates;

(j) any computer software made available or recommend for Beef 'O' Brady's® Family Sports Pubs;

(k) methods, techniques, formats, specifications, procedures, information and systems related to and knowledge of and experience in the development, operation, advertising, marketing and franchising of Beef 'O' Brady's® Family Sports Pubs;

(l) knowledge of specifications for and identities of and suppliers of certain products, materials, supplies, furniture, furnishings and equipment;

(m) recipes, formulas, preparation methods and serving techniques;

(n) knowledge of operating results and financial performance of Beef 'O' Brady's® Family Sports Pubs; and

(o) pricing, purchase agreements and contracts.

3.     Eric Blaylock, and his agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with  Eric Blaylock, shall not disclose or publish to any party, or copy or use for such party's own benefit or for the benefit of any other party, any of the information contained in FSC Franchise Co, LLC's Confidential Operations Manual and Marketing Manual.

4.     Eric Blaylock, and his agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with Eric Blaylock, shall not disclose or publish to any party, or use for such party's own benefit or for the benefit of any other party FSC's trade secrets and confidential business information, including, but not limited to, the System and the know-how related to its use.  The "System," as defined in the Franchise Agreement, includes the distinctive business formats, methods, procedures, designs, layouts, signs, equipment, menus, recipes, trade dress, standards and specifications, under which Beef 'O' Brady's® Family Sports Pubs are operated.

**DONE AND ORDERED** in Chambers in Tampa, Florida on 26 May, 2010.

The Honorable James S. Moody, Jr.
U.S. District Court

PD.3988586.2